UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
CHUNG YIM

CASE NO. 07 B 22042

CHAPTER 13

JUDGE: A. BENJAMIN GOLDGAR

Debtor  
SSN XXX-XX-3171

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 11/26/07.

2. The case was dismissed without confirmation, 03/14/2008.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, PRO SE DEBTOR        , was allowed $      .00 and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .

Dated: 06/25/08

/S/  
GLENN STEARNS  
CHAPTER 13 TRUSTEE

```
                                        PAGE   2
   CASE NO.  07 B 22042 CHUNG YIM
```